GOWANS et al., Appellants, v. JOBBINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January, 1905.) Action by John Gowans and others against Frances H. Jobbins, as ancillary executrix of William F. Jobbins, deceased.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, unless the defendant comply with the conditions contained in the per curiam memo-

randum herewith filed with the clerk, in which event said order will be modified in conformity with said memorandum, and, as so modified, affirmed, with $10 costs and disbursements to the appellants..